PHILLIP A. TALBERT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:21-cr-00010-JAM; 2:21-cr-00011-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND OPPOSITION DUE DATE AND REPLY DUE DATE FOR DEFENDANT'S REQUEST TO TERMINATE SUPERVISED RELEASE** |
| TIMOTHY WAYNE LEE, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney, Nchekube Onyima, and defendant Timothy Wayne Lee by and through his counsel of record, David Porter, hereby stipulate as follows:

1. On November 21, 2024, the defendant filed a Request to Terminate Supervised Release (Docket 6).

2. The Court has requested the Government's opposition be filed on November 28, 2024, pursuant to Local Rule 430.1(f).

3. By this stipulation and pursuant to Local Rule 144, the parties jointly move for an extension of time for the government's opposition to December 16, 2024. The parties further jointly move for an extension of time of the defendant's reply to January 6, 2025.

4. The parties have conferred and agree that the proposed opposition and reply schedule will allow the parties sufficient time to consult with the necessary parties, and adequately prepare their arguments.

IT IS SO STIPULATED.

                                                PHILLIP A. TALBERT
                                                United States Attorney

Dated: November 25, 2024                     /s/*Nchekube Onyima*
                                                NCHEKUBE ONYIMA
                                                Special Assistant United States Attorney

Dated: November 25, 2024                     /s/*David Porter*
                                                DAVID PORTER
                                                Counsel for Defendant
                                                Timothy Wayne Lee

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 25, 2024                     /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE